Daniel W. Morrison
Steven T. Sledzik

*Admitted in New York
and Connecticut*

MORRISON LAW FIRM, P.C.
445 Hamilton Avenue, Suite 402
White Plains, New York 10601
Phone (914) 239-3650
Facsimile (914) 750-4028

Connecticut Office
25 Field Point Road
Greenwich, Connecticut 06830
Phone (203) 244-4041

Anna M. Piazza
Maureen A. Sockett

By ECF

February 11, 2021

The Honorable Philip M. Halpern
United States District Court Judge
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 12-D
New York, NY 10007-1312

**Re:    Alshalani v. The Presbyterian Church, USA, et al., Docket No. 20-cv-10404 (PMH)**

Dear Judge Halpern:

  We represent Plaintiff, Sahar Alshalani, in the above-referenced race, religious and national origin discrimination case. In accordance with Rule 2(B) of your Rules of Chambers, we are writing to request a FRCP Rule 16 scheduling conference with the Court. The Complaint in this matter was filed on December 10, 2020.

              Respectfully submitted,
              MORRISON LAW FIRM, P.C.

              By:  /s/ Steven T. Sledzik, Esq.
              Steven Sledzik, Esq.
              Partner

sts
cc: Sahar Alshalani (Plaintiff, by email)
   Mary A. Smith, Esq./Delonie Plummer, Esq., Jackson Lewis (counsel for Defendants, by ECF)