UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAHAR ALSHALANI,

                Plaintiff,                Case:7:20-cv-10404

v.

THE PRESBYTERIAN CHURCH, USA,
A CORPORATION, RICK UFFORD-CHASE,
AND KITTY UFFORD-CHASE,

                Defendants.
------------------------------------------------------------X

## STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Sahar Alshalani ("Plaintiff"), and Defendants The Presbyterian Church, USA, A Corporation, Rick Ufford-Chase, and Kitty Ufford-Chase ("Defendants"), that Plaintiff's claims in this action shall be dismissed in their entirety, with prejudice.

Dated: 7/29/22        By:      Respectfully submitted,

                                    Steven Thomas Sledzik
                                    Morrison Law Firm, P.C.
                                    445 Hamilton Ave
                                    White Plains, NY 10601
                                    ssledzik@morrisonlawfirmpc.com
                                    ATTORNEYS FOR PLAINTIFF

Dated: 08/01/22      By:

                                    Mary A. Smith, Esq.
                                    Jackson Lewis P.C.
                                    44 South Broadway, 14th Floor
                                    White Plains, NY 10601
                                    Mary.Smith@JacksonLewis.com
                                    ATTORNEYS FOR DEFENDANTS